DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COQUINA WATER CONTROL DISTRICT,**
Appellant,

v.

**ELAINE J. WOLD LLC,** a Delaware limited liability company, and **KEITH C. WOLD, LLC,** a Delaware limited liability company,
Appellees.

No. 4D19-253

[November 21, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 422018CA000098.

Richard W. Glenn of Law Office of Richard W. Glenn, Jupiter, for appellant.

Daryl J. Krauza and Dennis G. Corrick of Dean, Mead, Minton & Zwemer, Fort Pierce, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***